IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No.   09-po-00040-LTM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STEVEN W. CRISP,

     Defendant.

---

**ORDER RE: DEFENDANT'S NOTICE OF COMPLETION AND
MOTION TO CANCEL REVIEW COURT DATE (docket # 16)**

---

The Court having reviewed Defendant's Notice of Completion and motion to Cancel Review Date (docket # 16), filed June 01, 2010, and being duly advised, hereby **GRANTS** the Motion and **VACATES** the Status Conference scheduled for June 14, 2010 at 11:00 a.m.

Dated in Grand Junction this 2nd day of June, 2010.

                              BY THE COURT:

                              s/ Laird T. Milburn

                              _____
                              Laird T. Milburn
                              U.S. Magistrate Judge